LAW OFFICE OF
# RICHARD M. ROGERS

TEL: (415)981-9788  
FAX: (415)981-9798

100 BUSH STREET, #1980  
SAN FRANCISCO, CA 94104

ROGERSRMR@AOL.COM  
WWW.ROGERSEMPLOYMENTLAW.COM

July 16, 2009

The Honorable Phyllis J. Hamilton  
Northern District of California  
450 Golden Gate Avenue, Courtroom 5  
San Francisco, CA 94102

**Via E-File**

Re:   *Sodhi v. College of the Redwoods, et al.*; USDC No. C09-01970 PJH [ECF]  
      Date:      08/13/09  
      Time:      2:30 p.m.  
      Location:  Courtroom 5

Dear Judge Hamilton:

Plaintiff requests a continuance of the Case Management Conference from August 13, 2009, to September 10, 2009, on the ground that the undersigned will be on vacation (nephew's wedding in Eastern Washington) on August 13, 2009.

Plaintiff notes that Defendant Green has not appeared yet. Defense counsel has represented that she will be represented by Bertrand, Fox & Elliot. She has been served.

Defense counsel is available on September 10, 2009, and does not oppose this Request.

Very truly yours,  
LAW OFFICE OF RICHARD M. ROGERS

Richard M. Rogers

RMR/dmr  
cc:   Michael C. Wenzel (via E-File)

7/22/09

IT IS SO ORDERED  
Judge Phyllis J. Hamilton  
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

SODHI\JUDGE-PJH.L1.wpd