Eugene B. Elliot, SBN 111475
Michael C. Wenzel, SBN 215388
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:   (415) 353-0999
Facsimile:   (415) 353-0990

Attorneys for Defendant
COLLEGE OF THE REDWOODS

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT

| | |
|---|---|
| RUBY SODHI, | Case No.: CV-09-1970 PJH |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME TO COMPLETE MEDIATION** |
| vs. | |
| COLLEGE OF THE REDWOODS AND MELISSA GREEN, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between plaintiff RUBY SODHI and defendants COLLEGE OF THE REDWOODS and MELISSA GREEN, through their respective undersigned counsel, that the mediation compliance date in this matter be continued from June 18, 2010 to July ~~28~~ 16, 2010.

Good cause exists to continue the mediation compliance date as follows:

On September 15, 2009, the parties appeared for a case management conference and were referred to mediation. The parties were given a mediation compliance date of February 17, 2010, and ultimately assigned to mediator Michel Bien of Rosen, Bien & Galvan for mediation. Mediation was scheduled for February 17, 2010.

The parties sought a continuance of the mediation compliance date to permit additional time to complete discovery necessary for mediation and to accommodate the surgery of defense counsel on January 13, 2010. That request was granted on January 26, 2010.

Plaintiff was out of the Country for the entire months of February and March and resides near

1  Eureka California. Defendants scheduled plaintiff's deposition almost immediately after her return
2  for April 7, 2010 and, if necessary, April 8, 2010, in San Francisco. The deposition was not
3  completed on April 7, 2010. Unfortunately defense counsel became ill with the flu on the evening of
4  April 7, 2010 and missed several days of work. Accordingly, the deposition could not be resumed on
5  April 8, 2010.
6        The parties have met and conferred regarding rescheduling of plaintiff's continued deposition
7  and the first date available to resume that deposition appears to be June 11, 2010. Plaintiff and her
8  counsel have only one date of availability for resumption of the deposition (May 21, 2010) before the
9  currently scheduled mediation date of June 9, 2010 but defense counsel is unavailable on May 21,
10 2010. Completion of plaintiff's deposition is necessary for defendants to properly evaluate the case
11 and to ensure a meaningful mediation.
12       No prejudice will result to the parties and no disruption will occur to any scheduling order
13 should the mediation compliance date be moved as requested. Trial in this matter is set for February
14 14, 2011, and the discovery cutoff is set for July 28, 2010.
15       It is therefore respectfully requested that the mediation compliance date be continued from
16 June 18, 2010 to July ~~28~~ 16, 2010.
17       The parties stipulate that a copy of a signature transmitted by any electronic means including,
18 but not limited to, facsimile machine and scanned document transmitted via e-mail will have the same
19 force and effect as an original signature.
20
21 Dated: April 27, 2010                           Dated: April 30, 2010
22
   LAW OFFICES OF RICHARD M. ROGERS              BERTRAND, FOX & ELLIOT
23
24 _____                _____
25 by: Richard M. Rogers                          by: Michael C. Wenzel,
      Attorney for Plaintiff RUBY SODHI              Attorney for Defendants COLLEGE OF
26                                                   THE REDWOODS and MELISSA GREEN
27
28

## ORDER

GOOD CAUSE APPEARING THEREFORE, the stipulation to continue the mediation compliance date in this matter from June 18, 2010 to July ~~28~~ 16, 2010 is GRANTED.

IT IS SO ORDERED.

DATED: 5/7/10



IT IS SO ORDERED
Judge Phyllis J. Hamilton

STIPULATION TO CONTINUE MEDIATION COMPLIANCE DATE - USDC Case No. CV-09-1970 PJH