Eugene B. Elliot, SBN 111475
Michael C. Wenzel, SBN 215388
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:  (415) 353-0999
Facsimile:  (415) 353-0990

Attorneys for Defendant
COLLEGE OF THE REDWOODS and
MELISSA GREEN

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT

| | |
|---|---|
| RUBY SODHI, | Case No.: CV-09-1970 PJH |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME TO COMPLETE MEDIATION** |
| vs. | |
| COLLEGE OF THE REDWOODS AND MELISSA GREEN, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between plaintiff RUBY SODHI and defendants COLLEGE OF THE REDWOODS and MELISSA GREEN, through their respective undersigned counsel, that the mediation compliance date in this matter be continued from July 28, 2010 to August 9, 2010.

Good cause exists to continue the mediation compliance date as follows:

On April 30, 2010 the parties filed a stipulation with the Court requesting a continuance of the mediation compliance date from February 17 to July 18, 2010. The Court granted this request by Order dated May 7, 2010.

In seeking a continuance of the compliance date until July 28, 2010, the parties intended to mediate the case in the first two weeks of July, after necessary depositions are completed in June of 2010.

Unfortunately, the parties' assigned mediator, Michael Bien of Rosen Bien & Galvan LLP, is

1  unavailable from July 5 through July 23. Counsel for plaintiff is unavailable from July 9 through July
2  20, 2010. Accordingly, the mediator and parties are unavailable to schedule any mediation date
3  between now and the presently set compliance date of July 18, 2010.
4      The first available date upon which the parties and mediator are all available for mediation is
5  August 9, 2010. All parties have reserved this date on their calendar pending approval of a further
6  continuance.
7      No prejudice will result to the parties and no disruption will occur to any scheduling order
8  should the mediation compliance date be moved as requested. Trial in this matter is set for February
9  14, 2011.
10     It is therefore respectfully requested that the mediation compliance date in this matter be
11 continued from July 18, 2010 to August 9, 2010.
12     The parties stipulate that a copy of a signature transmitted by any electronic means including,
13 but not limited to, facsimile machine and scanned document transmitted via e-mail will have the same
14 force and effect as an original signature.
15
16 Dated:   June 1, 2010                                Dated:  June 1, 2010
17 LAW OFFICES OF RICHARD M. ROGERS         BERTRAND, FOX & ELLIOT
18
19    /s/                                                       /s/
    _____          _____
20 by:  Richard M. Rogers                                by:  Michael C. Wenzel,
21       Attorney for Plaintiff RUBY SODHI                     Attorney for Defendants COLLEGE OF
                                                                     THE REDWOODS and MELISSA GREEN
22
23
24
25
26
27
28

STIPULATION TO CONTINUE MEDIATION COMPLIANCE DATE   USDC Case No.   CV-09-1970 PJH   **2**

**ORDER**

GOOD CAUSE APPEARING THEREFORE, the stipulation to continue the mediation compliance date in this matter from July 28, 2010 to August 9, 2010 is GRANTED.

IT IS SO ORDERED.

DATED:__ 6/7/10 _____       _____
                                  DISTRICT COURT



IT IS SO ORDERED
Judge Phyllis J. Hamilton