1  **RICHARD M. ROGERS, #045843**
   **LAW OFFICE OF RICHARD M. ROGERS**
2  100 Bush Street, #1980
   San Francisco, CA  94104
3  Telephone:     415/981-9788
   Facsimile:     415/981-9798
4  Email:         RogersRMR@aol.com

5  Attorneys for Plaintiff
   **RUBY SODHI**

6

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11

| | |
|---|---|
| 12  RUBY SODHI, | Case No.:  C09-01970 PJH [ECF] |
| 13           Plaintiff, | Case filed:      05/05/09 |
| 14       v. | Trial date:      02/14/11 |
| 15  COLLEGE OF THE REDWOODS AND MELISSA GREEN, | STIPULATION TO DISMISSAL OF ACTION; ORDER |
| 17           Defendants. | |

Pursuant to F.R.Civ.P. 41(a)(1), the parties hereto stipulate to a dismissal of this action with prejudice, pursuant to a Settlement Agreement.

Respectfully submitted,

Dated: 11/1/10

LAW OFFICE OF RICHARD M. ROGERS

By: /s/ Richard M. Rogers
RICHARD M. ROGERS
Attorneys for Plaintiff

Dated: 11/1/10

BERTRAND, FOX, & ELLIOT

By: /s/ Michael C. Wenzel
MICHAEL C. WENZEL
Attorneys for Defendant

11/5/10

*IT IS SO ORDERED*
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No.: C09-01970 PJH [ECF]-- STIPULATION TO DISMISSAL OF ACTION; ORDER

SODHI
/DISMISS.STIP

1